UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

```
AVAYA INC.,

   Plaintiff/Counterdefendant,

      v.

TELECOM LABS, INC.,
TEAMTLI.COM, CONTINUANT INC.,
DOUGLAS GRAHAM, SCOTT GRAHAM,
and BRUCE SHELBY,

   Defendants/Counterclaimants.
```

HONORABLE JOSEPH E. IRENAS

CIVIL ACTION NO. 06-2490
(JEI/KMW)

**ORDER**

**APPEARANCES:**

ARCHER & GREINER, PC
Robert T. Egan, Esq.
Lloyd Freeman, Esq.
Mark Oberstaedt, Esq.
Christine S. Baxter, Esq.
Trevor J. Cooney, Esq.
Erin R. Carroll, Esq.
Julie A. Robinson, Esq.
One Centennial Square
Haddonfield, NJ 08033
   Counsel for Plaintiff/Counterdefendant

*Pro Hac Vice*:
BRYAN CAVE LLP
Lawrence Scarborough, Esq.
Kathleen S. Callahan, Esq.
Jacob A. Kramer, Esq.
Daniel T. O'Connor, Esq.
J. Michael Cooper, Esq.
Daniel I. Prywes, Esq.
Desmonne A. Bennett, Esq.
1155 F Street, N.W.
Washington, DC 20004
   Counsel for Plaintiff/Counterdefendant

K&L GATES LLP
Anthony P. Larocco, Esq.

1

Charles F. Rysavy, Esq.
Kathy D. Helmer, Esq.
Dana B. Parker, Esq.
Michael E. Waller, Esq.
Robert F. Pawlowski, Esq.
Mark D. Marino, Esq.
Ashley L. Turner, Esq.
Benjamin I. Rubinstein, Esq.
Stacey A. Hyman, Esq.
Scott G. Kobil, Esq.
Matthew S. Sachs, Esq.
One Newark Center
10th Floor
Newark, NJ 07201
    Counsel for Defendants/Counterclaimants

*Pro Hac Vice*:
K&L GATES LLP
Douglas F. Broder, Esq.
Anthony P. Badaracco, Esq.
Daniel A. Pincus, Esq.
599 Lexington Avenue
New York, NY 10022
    Counsel for Defendants/Counterclaimants

**IRENAS**, Senior District Judge:

This matter, currently being tried by the parties before a jury, comes before the Court on Defendants/Counterclaimaints' (collectively, "TLI/C") motions for judgment as a matter of law seeking (i) a finding that Plaintiff/Counterdefendant Avaya Inc. ("Avaya") failed to prove that its customers' software licensing agreements prohibit them from allowing TLI/C access to and use of on demand maintenance commands ("ODMCs") on their Avaya PBX systems, (Dkt. No. 1101); and (ii) dismissal of each of Avaya's claims, (Dkt. Nos. 1099, 1100, 1103, 1104, 1105, 1106). The Court having considered the submissions of the parties; oral argument having been heard November 18, 2013; and for the reasons set forth in an Opinion issued on even date herewith; and for good cause appearing;

**IT IS** on this 7th day of January, 2014,

**ORDERED THAT**:

(1) Defendants/Counterclaimants' motions, (Dkt. Nos. 1099, 1100, 1101, 1103, 1104, 1105, 1106) are **GRANTED**.

(2) The Court finds as a matter of law that Avaya has failed to prove that its customer contracts prohibit PBX owners from allowing TLI/C access to and use of ODMCs on Avaya PBX systems.

(3) The following claims are **DISMISSED WITH PREJUDICE**: (i) tortious interference with prospective economic advantage; (ii) fraud/misrepresentation; (iii) breach of contract; (iv) unfair competition; (v) unjust enrichment; (vi) aiding and abetting; and (vii) civil conspiracy.

_____
Hon. Joseph E. Irenas, S.U.S.D.J.