UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

CAMDEN OFFICE:

February 25, 2014
DATE OF PROCEEDINGS

JUDGE JOSEPH E. IRENAS, S.U.S.D.J.

COURT REPORTER:  KAREN FRIEDLANDER

Docket #   CIV  06-2490 (JEI)(KMW)

TITLE OF CASE:

AVAYA, INC.

      Plaintiff
  v.

TELECOM LABS, INC., et al.,

      Defendants

APPEARANCES:
Robert Egan, Lawrence Scarborough, Jacob Kramer, and Lloyd Freeman, Esqs., for Plaintiffs
Anthony LaRocco, Charles Rysavy, Kathy Helmer, Douglas Broder, Michael Waller, Scott Kobil, Anthony Badarocco, and Ashley Turner, Esqs., for Defendants

NATURE OF PROCEEDINGS:   HEARING ON [1242] MOTION IN LIMINE, AND [1214], [1217], [1218], [1219], [1220] and [1221] MOTIONS FOR JUDGMENT AS A MATTER OF LAW

Ordered [1214], [1217], [1218], [1219], [1220], and [1221] Motions for Judgement as a Matter of Law denied for reasons set forth on the record.
Ordered [1242] Motion in Limine denied for reasons set forth on the record.

Time commenced:  9:30AM      Time Adjourned:  11:00AM      Total Time:  1:30

Lawrence MacStravic
DEPUTY CLERK

cc: Chambers