AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | | |
|---|---|---|---|
| AVAYA INC. | ) | | |
| | ) | | |
| *Plaintiff/Counterdefendant,* | ) | Case Number: | 06-cv-2490 (JEI / KMW) |
| | ) | | |
| v. | ) | | |
| | ) | | |
| TELECOM LABS, INC., TEAMTLI.COM, | ) | | |
| CONTINUANT INC., DOUGLAS GRAHAM, | ) | | |
| SCOTT GRAHAM, and BRUCE SHELBY | ) | | |
| | ) | | |
| *Defendants/Counterclaimants.* | ) | | |

## AMENDED JUDGMENT IN A CIVIL ACTION

Judgment is hereby entered in favor Defendants/Counterclaimants, Telecom Labs, Inc. and Continuant Inc.; and against Plaintiff/Counterdefendant, Avaya Inc., in the amount of $62,613,052.10.

Post-judgment interest shall on run this judgment in accordance with 28 U.S.C. § 1961.

This action was *(check one)*:

**X**  Tried by a jury with the undersigned presiding, and the jury has rendered a verdict. The jury delivered a verdict in the amount of $20,000,000, which was automatically trebled to $60,000,000 pursuant to Section 4 of the Clayton Act. The Court granted prejudgment interest in the amount of $2,613,052.10 pursuant to 15 U.S.C. § 15(a).

☐  Tried by the undersigned without a jury and the above decision was reached.

Date: September 16, 2014

_____
Joseph E. Irenas, Senior United States District Judge