ARCHER & GREINER
A Professional Corporation
One Centennial Square, East Euclid Avenue
Haddonfield, NJ 08033-0968
(856) 795-2121
Attorneys for Plaintiff
By:   ROBERT T. EGAN, ESQUIRE
       MARK J. OBERSTAEDT, ESQUIRE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| AVAYA INC., <br><br> Plaintiff, <br><br> v. <br><br> TELECOM LABS, INC., TEAMTLI.COM CORP., CONTINUANT, INC., DOUGLAS GRAHAM, SCOTT GRAHAM, and BRUCE SHELBY, <br><br> Defendants. | Honorable Joseph E. Irenas <br> S.U.S.D.J. <br><br> Civil No. 1:06-cv-02490-JEI-KMW |

NOTICE OF APPEAL
_____

**NOTICE IS HEREBY GIVEN** this 10th day of October 2014 that Avaya Inc.,

Plaintiff/Counterdefendant in the above-captioned action, hereby appeals to the

United States Court of Appeals for the Third Circuit from the Final Judgment in a

Civil Action entered in favor of Defendants/Counterclaimants on September 11, 2014 (Docket No. 1398) and from the Amended Final Judgment in a Civil Action entered in favor of Defendants/Counterclaimants on September 16, 2014 (Docket No. 1400), as well as all interlocutory and other orders and rulings in this action.

                Respectfully Submitted,

                ARCHER & GREINER
                A Professional Corporation
                One Centennial Square
                Haddonfield, NJ 08033
                856-795-2121
                Attorneys for Plaintiff, Avaya, Inc.

                By:  /s/ Robert T. Egan
                      ROBERT T. EGAN

Dated:  October 10, 2014

Of Counsel:

Lawrence G. Scarborough (*pro hac vice*)
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104-3300
(212) 541-1137

Jacob A. Kramer (*pro hac vice*)
Daniel I. Prywes (*pro hac vice*)
Bryan Cave LLP
1155 F Street, N.W.
Washington, D.C. 20004
(202) 508-6153

11648935v1