IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| AVAYA INC., <br><br> Plaintiff, <br><br> v. <br><br> TELECOM LABS, INC., TEAMTLI.COM CORP., CONTINUANT INC., DOUGLAS GRAHAM, SCOTT GRAHAM, and BRUCE SHELBY, <br><br> Defendants. | Honorable Jerome B. Simandle, S.U.S.D.J. <br><br><br> Civil No. 1:06-cv-02490-JBS-KMW |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by all the parties hereto that this action be and hereby is dismissed WITH PREJUDICE, with each party to bear its own fees and costs.

ARCHER & GREINER
A Professional Corporation

By:  *s/ Robert T. Egan*
 Robert T. Egan, Esquire
 Counsel for Plaintiff Avaya Inc.

Dated:  June 28, 2018

K&L GATES LLP

By:  *s/ Charles F. Rysavy*
 Charles F. Rysavy, Esquire
 Counsel for Defendants Telecom Labs, Inc., TeamTLI.com Corp., Continuant Inc., Douglas Graham, Scott Graham, and Bruce Shelby

Dated:  June 28, 2018